**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jefferson Ray MORGAN, Jr.,**
**Defendant–Appellant.**

No. 12–10303.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted June 12, 2013.

Filed June 25, 2013.

Sheila Ann Phillips, Assistant U.S., USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Milagros Anais Cisneros, Assistant Federal Public Defender, FPDAZ–Federal Public Defender's Office, Phoenix, AZ, for Defendant–Appellant.

Before: O'SCANNLAIN and HURWITZ, Circuit Judges, and SINGLETON, District Judge.*

MEMORANDUM **

This Court accepts the government's concession that, in the interests of justice, Morgan's sentence should be vacated, *see United States v. Jones,* 696 F.3d 932, 937–38 (9th Cir.2012) (discussing resolving a possible conflict between a sentence orally pronounced and the sentence contained in a subsequent written judgment), and that this case should be remanded for resentencing on an open record, *see United States v. Matthews,* 278 F.3d 880, 885 (9th Cir.2002) (en banc). At oral argument Morgan did not object to this suggested resolution of his appeal.

**Vacated and Remanded.**

**IT IS SO ORDERED.**

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

** The Honorable James K. Singleton, Senior United States District Judge for the District of Alaska, sitting by designation.